JOHN G. MOTT, Respondent, *v.* DEGNON REALTY AND
TERMINAL IMPROVEMENT COMPANY, Appellant.

*Mott* v. *Degnon Realty & Ter. Impr. Co.*, 134 App. Div. 980, affirmed.
(Argued February 28, 1910; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
November 24, 1909, affirming a judgment in favor of plaintiff
entered upon a verdict in an action to recover for personal
injuries alleged to have been sustained by plaintiff through
the negligence of defendant, his employer.

*Eugene Lamb Richards, Jr., Rutherford B. Meyer* and
*Frank Verner Johnson* for appellant.

*George F. Hickey* and *M. P. O'Connor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BART-
LETT, HISCOCK, CHASE and COLLIN, JJ.